Porto Rican Leaf Tobacco Co. *v.* El Registrador de la Propiedad.

Recurso gubernativo contra nota del Registrador de la Propiedad de Caguas.

No. 4.—Resuelto en junio 29, 1907.

Inscripción—Mandatario—Defecto Subsanable.—No habiéndose acreditado en forma legal que el presidente de la compañía recurrente en este caso, esté autorizado para contratar y aceptar á nombre de dicha compañía, la escritura de venta á que se refiere este recurso, constituye ello un defecto subsanable que debe hacerse constar en la inscripción.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Hernández Usera.*

El Juez Presidente Sr. Quiñones, emitió la opinión del tribunal.

*Visto* el presente recurso gubernativo interpuesto por el abogado Don José Hernández Usera, á nombre de la Sociedad *Porto Rican Leaf Tobacco Co.* contra resolución del Registrador interino de la Propiedad de Caguas, admitiendo la inscripción de una escritura de compra-venta de un terreno, con defecto subsanable.

*Resultando:* que por escritura pública otorgada en esta ciudad ante el abogado y notario de la misma Don José Hernández Usera, en 19 de julio de 1906, Don José Costas Palol, con autorización expresa de su esposa Doña Marcolina Morales y Rodríguez, vendió á la sociedad *Porto Rican Leaf Tobacco Co.* un pedazo de terreno de cuatro cuerdas y 69 céntimos de otra, situado en el barrio del Mamey, del término municipal de Juncos, compareciendo la sociedad compradora al otorgamiento de la' escritura representada por el presidente de la misma, Don Luis Toro Pasarell, cuyo nombramiento acreditó por certificación librada por el mismo notario autorizante con vista del libro de actas de la expresada sociedad; y que llevada dicha escritura al Registro de la Propiedad de

Caguas para su inscripción, la inscribió el registrador con el defecto subsanable de no acreditarse legalmente que el Sr. Don Luis Toro Pasarell, en el carácter que ostentaba, tuviera facultades para contratar á nombre de la compañía *Porto Rican Leaf Tobacco Co.*, según consta de la nota puesta por el registrador de la propiedad al pie de dicha escritura.

*Resultando:* que contra esta nota ha interpuesto la citada sociedad, por conducto de su abogado Don José Hernández Usera, el presente recurso gubernativo, para que se revoque dicha nota y se deje sin efecto la calificación de defecto subsanable hecha por el Registrador de la Propiedad de Caguas en la inscripción de la citada escritura.

*Aceptando* el fundamento de la resolución impugnada.

*Se confirma* la nota puesta por el Registrador de la Propiedad de Caguas al pie de la escritura de que se trata, y por la que se declaró inscribible dicha escritura, con el defecto subsanable de no acreditarse legalmente que el Sr. Don Luis Toro Pasarell, en el carácter que ostentaba, tuviera facultades para contratar á nombre de la compañía *Porto Rican Leaf Tobacco Co.*; y devuélvase al registrador la escritura presentada con copia certificada de la presente resolución, para su conocimiento y demás efectos.        *Confirmada.*

Jueces concurrentes: Sres. Hernández, Figueras, MacLeary y Wolf.